# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | |
|---|---|
| In re:<br>　　MICHAEL VINCENT TAYLOR<br>　　MICHELLE LYNN TAYLOR<br>　　　　Debtor(s) | Case No. 15-50120 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Herbert L. Beskin, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/16/2015.

2) The plan was confirmed on NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 08/11/2015.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $14,413.31.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,630.76 |
| Less amount refunded to debtor | $1,982.12 |

**NET RECEIPTS:** **$648.64**

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $148.64 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$148.64**

Attorney fees paid and disclosed by debtor:   $265.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARON RENTS, INC. | Secured | 5,399.55 | NA | NA | 0.00 | 0.00 |
| AARON RENTS, INC. | Secured | 550.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS AGE | Unsecured | 178.42 | 267.66 | 267.66 | 0.00 | 0.00 |
| AMERIGAS | Unsecured | 310.65 | NA | NA | 0.00 | 0.00 |
| AUGUSTA EMERGENCY PHYSICIANS | Unsecured | 303.00 | NA | NA | 0.00 | 0.00 |
| AUGUSTA HEALTH CARE, INC | Unsecured | 21.26 | NA | NA | 0.00 | 0.00 |
| AUGUSTA HEALTH CARE, INC | Unsecured | 9,216.56 | NA | NA | 0.00 | 0.00 |
| AUGUSTA HEALTH CARE, INC | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| AUGUSTA HEALTH CARE, INC | Unsecured | 318.42 | NA | NA | 0.00 | 0.00 |
| AUGUSTA HEALTH CARE, INC | Unsecured | 27.99 | NA | NA | 0.00 | 0.00 |
| AUGUSTA HEALTH CARE, INC | Unsecured | 27.99 | NA | NA | 0.00 | 0.00 |
| AUGUSTA HEALTH CARE, INC | Unsecured | 833.07 | NA | NA | 0.00 | 0.00 |
| AUGUSTA HEALTH CARE, INC | Unsecured | 466.10 | NA | NA | 0.00 | 0.00 |
| AUGUSTA HEALTH CARE, INC | Unsecured | 189.57 | NA | NA | 0.00 | 0.00 |
| AUGUSTA MEDICAL CENTER | Unsecured | 25,206.18 | 28,156.11 | 28,156.11 | 0.00 | 0.00 |
| AUGUSTA MEDICAL CENTER | Unsecured | 80.50 | NA | NA | 0.00 | 0.00 |
| BB&T | Unsecured | 6,099.63 | 5,770.34 | 5,770.34 | 0.00 | 0.00 |
| BENEFICIAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| BLUE RIDGE DERMATOLOGY | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| BLUE RIDGE FOOT & ANKLE CLINIC | Unsecured | 648.22 | NA | NA | 0.00 | 0.00 |
| BLUE RIDGE NEUROLOGICAL | Unsecured | 150.70 | NA | NA | 0.00 | 0.00 |
| BLUE RIDGE PATHOLOGIST | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| BLUE RIDGE RADIOLOGIST | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| BLUE RIDGE RADIOLOGIST | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| BLUE RIDGE RADIOLOGIST | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| BUCK MASTER | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| CARE HOME MEDICAL | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| CARILION CLINIC | Unsecured | 98.54 | NA | NA | 0.00 | 0.00 |
| CARILION CLINIC | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| CHARLES R. PAULY, MD, PC | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| CHARLOTTESVILLE GASTROENTERO | Unsecured | 802.15 | 830.60 | 830.60 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DIRECTV | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| EDWARD F. EISENBERG, MD | Unsecured | 171.60 | NA | NA | 0.00 | 0.00 |
| EMERGICARE OF WAYNESBORO | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| GATEWAY ONE LENDING & FINANCI | Secured | 13,135.64 | 12,831.71 | 12,748.62 | 0.00 | 0.00 |
| GATEWAY ONE LENDING & FINANCI | Secured | 1,000.00 | 1,000.00 | 1,000.00 | 500.00 | 0.00 |
| LAB CORPORATION OF AMERICA HC | Unsecured | 71.12 | NA | NA | 0.00 | 0.00 |
| MARTHA JEFFERSON HOSPITAL | Unsecured | 510.82 | NA | NA | 0.00 | 0.00 |
| OB-GYN ASSOC. WOMENS HEALTH | Unsecured | 249.33 | NA | NA | 0.00 | 0.00 |
| OCEAN BEACH CLUB LLC D/B/A GOI | Unsecured | 5,256.69 | 5,256.69 | 5,256.69 | 0.00 | 0.00 |
| ORTHOPEDIC ASSOCIATES, LTD. | Unsecured | 520.57 | NA | NA | 0.00 | 0.00 |
| PEMBERTON EYE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 202.17 | 202.17 | 202.17 | 0.00 | 0.00 |
| RENT A BUILDING | Secured | 3,173.69 | NA | NA | 0.00 | 0.00 |
| ROCKINGHAM MEMORIAL HOSPITA | Unsecured | 100.03 | NA | NA | 0.00 | 0.00 |
| SHENANDOAH EMERGENCY MEDIC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| SHENANDOAH PSYCHIATRIC MEDIC | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| SHENANDOAH VALLEY SURGICAL A | Unsecured | 596.94 | NA | NA | 0.00 | 0.00 |
| SOLSTAS LAB PARTNERS | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| THE MOBILE MECHANIC | Unsecured | 440.82 | NA | NA | 0.00 | 0.00 |
| UVA MEDICAL CENTER | Unsecured | 2,455.10 | 6,857.62 | 6,857.62 | 0.00 | 0.00 |
| UVA MEDICAL CENTER | Unsecured | 828.00 | NA | NA | 0.00 | 0.00 |
| UVA PHYSICIANS | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| VALLEY TERMITE & PEST CONTROL | Unsecured | 142.57 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Priority | NA | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $13,748.62 | $500.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$13,748.62** | **$500.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$47,341.19** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $148.64 |
| Disbursements to Creditors | $500.00 |
| **TOTAL DISBURSEMENTS** : | **$648.64** |

    12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/18/2015                    By: /s/ Herbert L. Beskin
                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.